UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HDI GLOBAL INSURANCE CO.,
                              Plaintiff,

-v-

KUEHNE + NAGEL, INC. t/a BLUE
ANCHOR AMERICA LINE,
                              Defendant.

25-CV-1874 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant waived service of a summons on March 11, 2025.  However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time.  Plaintiff has not moved for a default judgment.

Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

If Plaintiff fails by June 11, 2025 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

Plaintiff is directed to serve a copy of this order by mail on Defendant.

SO ORDERED.

Dated:  May 28, 2025
        New York, New York

_____
        J. PAUL OETKEN
        United States District Judge